UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
BRODICE LAWSON, SR.,

                          Plaintiff,

     v.                                               6:13-CV-1420

LIZ CESARI, SARA MEITZ,
UTICA POLICE DEPARTMENT,

                          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
United States District Judge

## DECISION and ORDER

This matter brought pursuant to 42 U.S.C. § 1983 was referred by this Court to the Hon. Thérèse Wiley Dancks, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).

In the Report-Recommendation, the Magistrate Judge recommends that Plaintiff's Amended Complaint naming the Utica Police Department as sole Defendant be dismissed without leave to amend. No objections to the April 1, 2015 Report-Recommendation have been raised. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, this Court adopts the Report-Recommendation for the reasons stated therein.

It is, therefore, **ORDERED** that:

(1) the complaint is **DISMISSED** without leave to amend;

(2) that the Clerk serve a copy of this Order on Plaintiff by regular mail.

**IT IS SO ORDERED**.

Dated: May 28, 2015

Thomas J. McAvoy
Senior, U.S. District Judge